UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RAMON DICKERSON, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CDPQ COLONIAL PARTNERS, L.P.; IFM (US) COLONIAL PIPELINE 2, LLC; KKR-KEATS PIPELINE INVESTORS, L.P.; KOCH CAPITAL INVESTMENTS COMPANY, LLC; SHELL MIDSTREAM OPERATING LLC; DOES 1-100, and COLONIAL PIPELINE COMPANY,<br><br>Defendants. | Case No. **1:21-cv-02098-MHC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**DEMAND FOR JURY TRIAL** |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff RAMON DICKERSON, and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against the following Defendants (and these Defendants only): CDPQ COLONIAL PARTNERS, L.P.; IFM (US) COLONIAL PIPELINE 2, LLC; KKR-KEATS PIPELINE INVESTORS, L.P.; KOCH CAPITAL INVESTMENTS COMPANY, LLC; SHELL MIDSTREAM OPERATING LLC.

Dated: June 7, 2021

Respectfully submitted,

*/s/* James M. Evangelista
James M. Evangelista
**EVANGELISTA WORLEY LLC**
500 Sugar Mill Road, Bldg. A, Suite 245
Atlanta, Georgia 30350
Tel.:  (404) 205-8400
Email:      jim@ewlawllc.com

Harper Segui*
Daniel Bryson*
Rachel Soffin*
Gregory F. Coleman*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
217 Lucas Street, Suite G
Mount Pleasant, South Carolina 29464
Tel.:  (919) 500-5000
Fax.:  (919) 600-5035
Email:      hsegui@milberg.com
            dbryson@milberg.com
            rsoffin@milberg.com
            gcoleman@milberg.com

Jennifer Kraus Czeisler*
Blake Yagman*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel.:  (212) 594-5300
Email:      jczeisler@milberg.com
            byagman@milberg.com

*Pro Hac Vice forthcoming*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i) was electronically filed with the Clerk using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

Dated:  June 7, 2021  　　　　　　　By:  */s/* James M. Evangelista  
　　　　　　　　　　　　　　　　　　　　James M. Evangelista

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*