## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RAMON DICKERSON; TONI DUPLANTIS; BRITNEY SINGLETARY; DARLANE SARACINA; ARMANDO VILLANUEVA; SIMONE ROLLOCK; and MARY SMITH, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COLONIAL PIPELINE COMPANY, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>1:21-cv-02098-MHC |

### DEFENDANT COLONIAL PIPELINE COMPANY'S
### MOTION TO DISMISS

Defendant Colonial Pipeline Company moves to dismiss Plaintiffs' Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for the reasons set forth in the attached memorandum of law.

Respectfully submitted this 20th day of September, 2021.

　　　　　　　　　　　　　　　　s/ Jason M. Beach
　　　　　　　　　　　　　　　　Lawrence J. Bracken II
　　　　　　　　　　　　　　　　Georgia Bar No. 073750
　　　　　　　　　　　　　　　　lbracken@huntonAK.com
　　　　　　　　　　　　　　　　Jason M. Beach

jbeach@huntonAK.com
Georgia Bar No. 043606
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, Georgia 30308-2216
Telephone: (404) 888-4000

Neil K. Gilman (pro hac vice)
ngilman@huntonAK.com
Carter C. Simpson (pro hac vice)
csimpson@huntonAK.com
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
Telephone: (202) 955 15000

***Attorneys for Defendant,***
***Colonial Pipeline Company***

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed **DEFENDANT COLONIAL PIPELINE COMPANY'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record via the Court's CM/EMF filing system to the following email addresses of record:

This 20th day of September, 2021.

/s/ Jason M. Beach
Jason M. Beach