UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RAMON DICKERSON; TONI DUPLANTIS; BRITNEY SINGLETARY; DARLANE SARACINA; ARMANDO VILLANUEVA; SIMONE ROLLOCK; and MARY SMITH, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br><br>COLONIAL PIPELINE COMPANY, *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>1:21-cv-02098-MHC |

# DEFENDANT COLONIAL PIPELINE COMPANY'S
## MOTION TO STRIKE CLASS ALLEGATIONS

Defendant Colonial Pipeline Company moves pursuant to Fed. R. Civ. P. 12(f), 23(c)(1)(A), and 23(d)(1)(D) to strike the class allegations in Plaintiffs' Second Amended Complaint ("SAC") for the reasons set forth in the attached memorandum of law.

Respectfully submitted this 20th day of September, 2021.

　　　　　　　　　　　　　　　　s/ Jason M. Beach
　　　　　　　　　　　　　　　　Lawrence J. Bracken II
　　　　　　　　　　　　　　　　Georgia Bar No. 073750
　　　　　　　　　　　　　　　　lbracken@huntonAK.com
　　　　　　　　　　　　　　　　Jason M. Beach

jbeach@huntonAK.com
Georgia Bar No. 043606
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, Georgia 30308-2216
Telephone: (404) 888-4000

*Admitted pro hac vice:*

Neil K. Gilman
ngilman@huntonAK.com
Carter C. Simpson
csimpson@huntonAK.com
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
Telephone: (202) 955 15000

***Attorneys for Defendant,***
***Colonial Pipeline Company***

2

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this motion was prepared using one of the font and point selections approved in L.R. 5.1(B), N.D. Ga. This 20th day of September, 2021.

                                           s/ Jason M. Beach
                                           Jason M. Beach

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this **MOTION TO STRIKE CLASS ALLEGATIONS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record via the Court's CM/EMF filing system.

This 20th day of September, 2021.

s/ Jason M. Beach
Jason M. Beach
