**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

RAMON DICKERSON; TONI
DUPLANTIS; BRITNEY
SINGLETARY; DARLANE
SARACINA; ARMONDO
VILLANUEVA; SIMONE
ROLLOCK; and MARY SMITH,
individually and on behalf of
themselves and all others similarly
situated,

                Plaintiff,

vs.

COLONIAL PIPELINE COMPANY
and DOES 1-100,,

                Defendant.

CIVIL ACTION FILE

NO. 1:21-cv-2098-MHC

**J U D G M E N T**

      This action having come before the court, Honorable Mark h Cowen, United States District Judge,

for consideration of Colonial Pipeline Company motion to dismiss, and the court having granted said

motion, and Plaintiffs having not described the fictitious parties, Does 1-100, it is

      **Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 17th day of June, 2022.

                        KEVIN P. WEIMER
                        CLERK OF COURT

                By:    D. Burkhalter
                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 17, 2022
Kevin P. Weimer
Clerk of Court

By:   D. Burkhalter
         Deputy Clerk